JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** Reading    **Category No.** II    **Investigating Agency** USFWS

**City** Reading

**County** Middlesex

FILED
IN CLERKS OFFICE
2024 JUN 12 PM 2: 33
U.S. DISTRICT
DISTRICT OF MASS.

**Related Case Information:**
Superseding Ind./ Inf. X    Case No. _____
Same Defendant _____    New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number  21-mj-5336-JGD
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes ☑ No

**Defendant Information:**

**Defendant Name** Adam Bied    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**

**Address:** 22 Deborah Dr., Reading, MA 01867

**Birth date (Yr only):** 1985    **SSN (last 4#):** ____    **Sex:** M    **Race:** ____    **Nationality:** ____

**Defense Counsel if known:** Max Stern    **Address:** Todd & Weld, LLP 1 Federal St., 27th Floor, Boston, MA

**Bar Number:** ____    Phone: 617-388-1151

**U.S. Attorney Information**

**AUSA:** Nadine Pellegrini    **Bar Number if applicable:** 545606

**Interpreter:** ☐ Yes ☑ No    **List language and/or dialect:** ____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ____    ☐ Misdemeanor ____    ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/12/2024    **Signature of AUSA:** /s/ Nadine Pellegrini

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Adam Bied

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1 & 2 |
| Set 2 | 16 U.S.C. § 3375 | Lacey Act Trafficking | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**